FILED
2014 Nov-10  AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA WEBB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-01521-TMP |
| ) | |
| THE J.D. STUART LAW ) | |
| GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The plaintiff has moved for voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Although a court order is unnecessary to accomplish dismissal under the rules, the court dismisses, with prejudice, plaintiff's claims against The J.D. Stuart Law Group, LLC.

**DONE** and **ORDERED** on November 10, 2014.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE